FILED

06/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0241



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0241

TERRY SULLIVAN,

      Petitioner and Appellant,

      v.

STATE OF MONTANA,

      Respondent and Appellee.

GRANT OF MOTION FOR
EXTENSION OF TIME

Motion for extension of time to file the Appellants Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until July 22, 2024, within which to prepare, file and serve the Appellant's Opening Brief.

DATED: June 10, 2024, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court